STATE OF NEW JERSEY, BOROUGH OF BELMAR, PLAIN-
TIFF-PETITIONER, v. JAMES J. MARCHIONE, ET AL.,
DEFENDANTS-RESPONDENTS.

*Mr. Ward Kremer* for the petitioner.

*Mr. Isaac C. Ginsburg* for the respondent.

June 5, 1950.   Granted.

BARNET GARDNER, PLAINTIFF-PETITIONER, v. YETTA
GARDNER, DEFENDANT-RESPONDENT.

See same case below: 6 *N. J. Super.* 270.

*Mr. Harry Indursky* for the petitioner.

June 5, 1950. . Granted.